IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARY ANN DE MATAS,

      Appellant,

v.

H AND R BLOCK
ENTERPRISES,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0338

_____/

Opinion filed August 9, 2016.

An appeal from an order from the Commission of Human Relations.
Rebecca Steele, Panel Chairperson.

Mary Ann De Matas, pro se, Appellant.

Dennis M. McClelland and Guy P. McConnell of Phelps Dunbar LLP, Tampa, for
Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.